■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN DURAN, Appellant. [841 NYS2d 474]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (LaTella, J.), imposed July 12, 2004, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Crane, Santucci, Fisher and Carni, JJ., concur.